UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY SIMS,<br><br>    Plaintiff,<br><br>v.<br><br>THERESA CISNEROS, Warden,<br><br>    Defendant. | Case No. 22-cv-0814-BLF<br><br>**JUDGMENT** |

For the reasons stated in the order denying the petition for a writ of habeas corpus, the petition is denied.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 17, 2023

BETH LABSON FREEMAN
United States District Judge